IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. WILLIAM GARDNER, DDS,

    Plaintiff,

v.                                      No.1:23-cv-00189-MIS-DLM

CHARLES SCHUMACHER, DDS;
DAVID WARREN, III, DDS;
BURRELL TUCKER, DDS;
LEO PAUL BALDERAMOS, DDS;
JOLYNN GALVIN, DDS;
ERMELINDA BACA, RDH; and
MELISSA BARBARA, RDH,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, it is **HEREBY ORDERED** that:

1. **FINAL JUDGMENT** is hereby entered in favor of Defendants Charles Schumacher, DDS, David Warren, III, DDS, Burrell Tucker, DDS, Leo Paul Balderamos, DDS, Jolynn Galvin, DDS, Ermelinda Baca, RDH, and Melissa Barbara, DDH and against Plaintiff Dr. William Gardner, DDS; and

2. This case is now **CLOSED**.

                                                **MARGARET STRICKLAND**
                                                UNITED STATES DISTRICT JUDGE